UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

Civil Action 18-502-HRW-CJS

ABD'AL-AZEEZ JALAL HAKIM, PETITIONER

v.  **ORDER**

JAMES DAVID GREEN, Warden, RESPONDENT.

 Abd'al Al-Azeez Jalal Hakim, proceeding *pro se*, brings four claims for habeas relief in his 28 U.S.C. § 2254 petition. [Docket No. 1]. The case was referred to United States Magistrate Judge Candace J. Smith for a report and recommendation. Magistrate Judge Smith recommends that the petition be denied. [Docket No. 29]

 Petitioner has filed objections. The Court having reviewed the objections, as well as the record, finds nothing therein which would contradict or call into question the detailed findings of the Magistrate. Thus, the Court shall adopt the report and recommendation as and for its own opinion.

 Accordingly, **IT IS HEREBY ORDERED** that the Magistrate Judge's report and recommendation [Docket No. 29] is hereby, **APPROVED and ADOPTED** as for the opinion of the Court.

 **IT IS FURTHER ORDERED** that the petition be **DISMISSED** and this matter **STRICKEN** from the docket of this Court and no Certificate of Appealability be issued.

This 27th day of May, 2020.



**Signed By:**

*Henry R Wilhoit Jr.*

**United States District Judge**